No. 2,491.—CITY OF BILLINGS, APPELLANT, *v.* NORTHERN PACIFIC RY. CO., RESPONDENT.

*Appeal from District Court, Yellowstone County; C. H. Loud, Judge.*

On motion to dismiss appeal.

Decided November 18, 1907.

PER CURIAM.—It is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed in accordance with respondent's motion on file herein.

*Messrs. Wallace & Donnelly,* for Respondent.

---

No. 2,474.—EDWARD MORRISSEY, RESPONDENT, *v.* E. H. WILSON, RECEIVER, APPELLANT.

*Appeal from District Court, Silver Bow County; Michael Donlan, Judge.*

Decided November 18, 1907.

PER CURIAM.—It is by the court ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed at the cost of the appellant, in accordance with stipulations of counsel on file herein.

*Mr. M. S. Gunn,* and *Mr. Chas. R. Leonard,* for Appellant.

*Messrs. Kremer, Sanders & Kremer,* for Respondent.